THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v* PHILLIP FRIEDMAN, Appellant.

*People* v. *Friedman,* 138 App. Div. 29, affirmed.
(Submitted January 5, 1911; decided January 27, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

April 22, 1910, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 42 of the Sanitary Code of the city of New York in having upon his premises bad eggs to be used in human food.

*Nathan H. Stone* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Theodore Connoly, Herman Stiefel* and *Harry S. Sullivan* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, HISCOCK, CHASE and COLLIN, JJ. Dissenting: WILLARD BARTLETT, J.